# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2654

_____

Arthur J. Clemens, Jr.,         *
                                      *
         Appellant,        *
                                      *     Appeal from the United States
    v.                                *     District Court for the
                                      *     Eastern District of Missouri.
Veterans Administration,      *
                                      *        [UNPUBLISHED]
         Appellee.         *

_____

Submitted: February 16, 2007
Filed: February 22, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Arthur J. Clemens, Jr., appeals from the district court's[1] adverse grant of summary judgment in his action brought under the Freedom of Information Act, 5 U.S.C. § 552. Having carefully reviewed the record and the parties' briefs, we agree that summary judgment was proper for the reasons stated by the district court. See Missouri v. U.S. Dep't of Interior, 297 F.3d 745, 749 (8th Cir. 2002) (de novo review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.